**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: EMILY P. KELLER | Case No. 13-16689-EEB |
| | CHAPTER 7 |
| Debtor. | |

**OBJECTION TO U.S. TRUSTEE'S MOTION TO DISMISS DEBTOR'S CASE UNDER 11 U.S.C. §707(b)(1) AND §707(b)(2) OR, IN THE ALTERNATIVE, UNDER 11 U.S.C. §707(b)(3)**

The Debtor, by and through her undersigned counsel, hereby requests that this Court deny the U.S. Trustee's Motion to Dismiss based on the following:

1. The Debtor voluntarily filed a Chapter 7 petition on April 24, 2013.

2. Robertson B. Cohen was appointed Chapter 7 Trustee in this case and continues to serve in that capacity.

3. The §341 First Meeting of Creditors was concluded on June 10, 2013.

4. The Debtor seeks to discharge primarily consumer debts.

5. After reviewing the documents filed by the Debtor, on June 20, 2013, the U.S. Trustee ("UST) filed a 10-day statement pursuant to §704(b)(1)(A) asserting that this case should be presumed to be an abuse under § 707(b).

6. On July 22, 2013, the UST filed a Motion to Dismiss the case under 11 U.S.C. § 707(b)(1) and § 707(b)(2) or, in the alternative, under 11 U.S.C. § 707 (b)(3) ("Motion to Dismiss").

7. Debtor requests a hearing on this Motion to Dismiss.

8. Testimony and evidence to be presented at the hearing on this matter will establish that the Court's granting of relief to the Debtor under Chapter 7 would not be an abuse of Chapter 7 because Debtor satisfies the means test as required in § 707(b)(2), granting a discharge would not constitute an abuse under in § 707(b)(3), and debtor has special circumstances that warrant a discharge.

WHEREFORE, the Debtor requests the United States Trustee's Motion to Dismiss be denied.

Dated this 19th day of August, 2013.

Attorney for the Debtor:

*[signature]*

Kevin D. Heupel, 30264
Matt Shimanek, 41104
Elizabeth A. Cocat, 42520

Heupel Law, P.C.
2440 Stout Street
Denver, CO 80205
(303) 955-7570
FAX: (866) 397-4768
Info@HeupelLaw.com

## Certificate of Service

      The undersigned hereby certifies that a true and correct copy of the pleading was served by placing the same in the United States Mail, first class postage pre-paid, on the above-referenced date to the following:

Robertson B. Cohen
1720 S. Bellaire Street
Suite 205
Denver, CO 80222

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202

/s/ Andrea Browne