UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                      )
                                            )
Emily Pate Keller                           )      Case No. 13-16689-EEB
SSN: xxx-xx-3332,                           )      Chapter 7
                                            )
        Debtor.                             )

### ORDER GRANTING THE UNITED STATES TRUSTEE'S
### MOTION TO WITHDRAW MOTION TO DISMISS

This matter having come before the Court on the United States Trustee's Motion to Withdraw Motion to Dismiss pursuant to 11 U.S.C. § 707(b)(1) and 11 U.S.C. § 707(b)(2) or (b)(3), and good cause being shown therefore;

IT IS ORDERED that the UST's Motion to Withdraw Motion to Dismiss is approved; and it is further

ORDERED that the non-evidentiary hearing scheduled for November 15, 2013 at 1:30 PM is hereby VACATED.

Dated: November 14, 2013

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge