UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| EMILY P. KELLER, XXX-XX-3332, | ) | Case No. 13-16689 EEB |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CLAIMJUMPER CONDOMINIUM | ) | |
| ASSOCIATION INC., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMILY P. KELLER; and ROBERTSON B. | ) | |
| COHEN, Chapter 7, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

_____

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY**
_____

On November 5, 2013, Claimjumper Condominium Association, Inc. (the "Association") filed a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d), Fed. R. Bankr. 4001, and Rule 401 of the Local Bankruptcy Rules (Dkt. No. 31).

The Association hereby certifies and shows the court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), as is shown on the certificate of service previously filed with the notice.

2. A hearing on said motion/application was scheduled for December 5, 2013 at 1:30 p.m.

3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

WHEREFORE, Claimjumper Condominium Association, Inc. prays that the Court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 31), granting the requested relief.

RESPECTFULLY SUBMITTED this 5th day of December, 2013.

TIMMINS, LLC

/s/ Miro Kovacevic
Miro Kovacevic (Colo. A.R. N. 35981)
Attorneys for Claimjumper Condominium
    Association, Inc.
450 East 17th Avenue, Suite 210
Denver, Colorado 80203
Direct dial: (303) 592-4510
Fax: (303) 592-4515
Email: mk@timminslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2013, the foregoing **CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER REGARDING MOT/ION FOR RELIEF FROM AUTOMATIC STAY** was placed in the U.S. Mail, first class postage prepaid, addressed to the following:

Emily P. Keller
2410 Clayton Court
Colorado Springs, CO 80919

Kevin D. Heupel
2440 Stout St.
Denver, CO 80205

Robertson B. Cohen
1720 S. Bellaire Ct., Suite 205
Denver, CO 80222

US Trustee
999 18th Street, Ste. 1551
Denver, CO 80202

/s/ Tonja L. Hoisington
Tonja L. Hoisington, Paralegal

*In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*