UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| EMILY KELLER, XXX-XX-3332, | ) | Bankruptcy No. 13-16689 EEB |
| Debtor | ) | Chapter 7 |

_____

**REQUEST TO RECEIVE NOTICES**
_____

     PLEASE TAKE NOTICE that Claimjumper Condominium Association, Inc. ("Creditor"), by and through its attorneys, Timmins LLC, requests, pursuant to Sections 102(1), 342 of the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Creditor, required to be served in this case, to be served upon the following:

    Miro Kovacevic, Esq.
    Timmins LLC
    450 E. 17th Avenue, Suite 210
    Denver, Colorado  80203

    RESPECTFULLY SUBMITTED this 5th day of December, 2013.

                                          */s/  Miro Kovacevic*
                                          Miro Kovacevic   (Colo. A.R.N. 35981)
                                          Attorneys for Claimjumper Condominium
                                              Association, Inc.
                                          450 E. 17th Avenue, Suite 210
                                          Denver, Colorado  80203
                                          Telephone: (303) 592-4510
                                          Fax: (303) 592-4515
                                          E-mail:  mk@timminslaw.com

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on December 5, 2013, the foregoing **REQUEST TO RECEIVE NOTICES** was placed in the U.S. Mail, first class postage prepaid, addressed to the following:

Emily P. Keller
2410 Clayton Court
Colorado Springs, CO 80919

Kevin D. Heupel
2440 Stout St.
Denver, CO 80205

Robertson B. Cohen
1720 S. Bellaire Ct., Suite 205
Denver, CO 80222

US Trustee
999 18th Street, Ste. 1551
Denver, CO 80202

                    */s/ Tonja L. Hoisington*
                    Tonja L. Hoisington, Paralegal

*In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*